

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-22-00377-CR

**IN RE JOSEPH MCCREY RAY**

**Original Proceeding**

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 15331-A**

## MEMORANDUM OPINION

Relator Joseph McCrey Ray's petition for writ of mandamus is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
          Justice Johnson, and
          Justice Smith
Petition denied
Opinion delivered and filed November 30, 2022
Do not publish
[OT06]

